IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TANYA BROWN, *Mother and Administrator of the Estate of Brandon Jones*, | ) ) ) ) | Case No. 1:16-CV-00921 |
| Plaintiff, | ) ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) ) ) ) ) | MOTION TO VOLUNTARILY DISMISS DEFENDANT OFFICER GREG KING WITHOUT |
| CITY OF CLEVELAND., *et al.,* | ) ) | PREJUDICE AND PURSUANT TO Fed. R.Civ. P. 41(a)(2) |
| Defendants. | ) ) | |

Now comes the Plaintiff, Tanya Brown, Mother and Administrator of the Estate of Brandon Jones, by and through counsel, and does hereby move this Honorable Court for an Order dismissing Defendant Officer Greg King, without prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs and fees.

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
11/20/2018

Respectfully Submitted,

*/s/ Paul J. Cristallo*
Paul J. Cristallo (0061820)
The Law Office of Paul J. Cristallo
The Brownhoist Building
4403 St. Clair Avenue
Cleveland, Ohio  44103
Email:  paul@cristallolaw.com

1

Anthony D. Jordan
1144 Rockefeller Building
614 Superior Avenue, W.
Cleveland, Ohio  44113
Email: adj2065@msn.com


Janeane R. Cappara
City of Cleveland
Department of Law
601 Lakeside Avenue, Suite 106
Cleveland, Ohio  44114
Email:  jcappara@city.cleveland.oh.us

*Attorneys for Defendant City of Cleveland*

Jillian L. Dinehart
Marshall, Dennehey, Warner,
Coleman & Goggin
127 Public Square, Suite 3510
Cleveland, Ohio  44114
Email:  jldinehart@mdwcg.com

*Attorneys for Defendant Officer Greg King*

Stephen W. Funk
sfunk@ralaw.com
Leighann K. Fink
lfink@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308

*Attorneys for Defendant Officer Alan Buford*

2